IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:06CR255

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JONATHAN ANTHONY LEE TORRES ) | |

**THIS MATTER** is before the Court on Defendant's motion to suppress.

The Court will defer ruling on the Defendant's motion until such time as the issues raised therein arise during the trial of this case.

**IT IS SO ORDERED.**

Signed: December 15, 2006

Lacy H. Thornburg
United States District Judge